## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BEAUDELAIRE TCHOUALA,** | : | **CIVIL ACTION NO. 1:25-CV-599** |
| | : | |
| **Petitioner** | : | **(Judge Neary)** |
| | : | |
| **v.** | : | |
| | : | |
| **DEPARTMENT OF HOMELAND** | : | |
| **SECURITY,** | : | |
| | : | |
| **Respondent** | : | |

## MEMORANDUM

This is a habeas corpus case filed under 28 U.S.C. § 2241. Petitioner,
Beaudelaire Tchouala, challenges the validity of an immigration detainer lodged by
the Department of Homeland Security ("DHS"). The petition will be dismissed
without prejudice for lack of subject matter jurisdiction.

### I.    Factual Background & Procedural History

Tchouala, an inmate in Allenwood Federal Correctional Institution ("FCI-
Allenwood") is serving a criminal sentence imposed by the United States District
Court for the Southern District of Texas. (Doc. 1). He filed the instant case on
March 24, 2025, and the court received and docketed his petition on April 3, 2025.
(Id.) Tchouala's petition seeks to "lift or remove" an immigration detainer lodged
against him by DHS. (Id.)

### II.    Legal Standard

Under Rule 4 of the rules governing habeas corpus petitions under 28 U.S.C.
§ 2254, a district court must promptly review a petition and dismiss it if it is plain
from the face of the petition that the petitioner is not entitled to relief. 28 U.S.C. §

2254 Rule 4. District courts have the discretion to apply this rule in habeas corpus cases brought under 28 U.S.C. § 2241. 28 U.S.C. § 2254 Rule 1.

## III.    Discussion

This case will be dismissed without prejudice under Rule 4 because federal district courts do not have jurisdiction over challenges to the validity of immigration detainers. See generally 8 U.S.C. § 1252; see also, e.g., Diarra v. Warden FCI Allenwood Low, No. 1:23-CV-732, 2024 WL 510314, at *1-2 (M.D. Pa. Jan. 10, 2024) (concluding that federal habeas court did not have jurisdiction over challenge to immigration detainer); Prelaj v. White, No. 3:20-CV-993, 2020 WL 7974008, *3-4 (M.D. Pa. Dec. 10, 2020) (same), report and recommendation adopted, No. 3:20-CV-993, 2021 WL 41755, at *1 (M.D. Pa. Jan. 5, 2021); Carey v. I.N.S., No. 1:14-CV-634, 2014 WL 2450896, at *2 (M.D. Pa. May 29, 2014) (same).

## IV.    Conclusion

The petition for writ of habeas corpus is dismissed without prejudice for lack of subject matter jurisdiction. An appropriate order shall issue.

/S/ KELI M. NEARY
Keli M. Neary
United States District Judge
Middle District of Pennsylvania

Dated:    April 25, 2025